# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**ALLIED ESQUIRE GROUP, INC.**                                                                   **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO. 2:10-CV-177-KS-MTP**

**BYRD & ASSOCIATES, PLLC, et al.**                                            **DEFENDANTS**

## ORDER

This matter is before the Court on Plaintiff Allied Esquire Group, Inc.'s Motion for Renewal of Judgment [62]. The Court finds that this motion is well-taken and will be **granted**.

This Court entered a Final Judgment [59] against Defendants Byrd & Associates, PLLC and Isaac K. Byrd, Jr., in this case on August 25, 2011. Under 28 U.S.C. § 1962, a federal judgment operates as a lien in the same manner as a judgment of the state court. *Buckley v. Nuckols & Assocs. Sec., Inc.*, No. 2:07-cv-147-KS-MTP, 2007 WL 4287560, at *4 (S.D. Miss. Dec. 6, 2007). Therefore, the Court looks to Mississippi law regarding the renewal of judgments.

In Mississippi, there is a seven-year limitation period for bringing an action on a judgment. Miss. Code Ann. § 15-1-43. Mississippi law provides that any judgment rendered by a Mississippi state court may be renewed only if the judgment has not expired at the time of renewal. *Id.* As noted, this Court entered the judgment on August, 25, 2011; therefore, the Court finds that Plaintiff's renewal is timely.

Plaintiff has filed a Notice of Renewal of Judgment in accordance with Mississippi Code Annotated § 15-1-43 contemporaneously with this motion. The Court finds that such notice is sufficient under the requirements of the statute, as it includes:

(i) the date the judgment was filed;

(ii) the case number;

    (iii) whom the judgment was taken against;

    (iv) in whose favor the judgment was taken;

    (v) the current holder of such judgment;

    (vi) the current amount owing of such judgment; and

    (vii) certification that, at the time of filing the notice, the judgment remains valid and has not been satisfied or barred.

Miss. Code Ann. § 15-1-4(a). This renewal is effective as of the date of filing the notice, June 13, 2018.

The Court directs the Clerk to accept such Notice of Renewal of Judgment for filing and to mail notice of the filing of the Notice of Renewal of Judgment to the judgment debtors Byrd & Associates PLLC at 427 East Fortification Street, Jackson, Mississippi 39202 and Isaac K. Byrd, Jr. at Post Office Box 19, Jackson, Mississippi 39205. Further, the Court directs the Clerk to make note of the mailing in the docket. Upon such, Allied Esquire Group may enroll the renewed judgment in the relevant circuit court.

SO ORDERED AND ADJUDGED, on this, the <u>15th</u> day of June, 2018.

                                                          */s/ Keith Starrett*
                                                          KEITH STARRETT
                                                          UNITED STATES DISTRICT JUDGE